IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Jessie James Frye                                              Case No. 21-50908-KMS
           Cynthia Lynn Frye, Debtors                                                CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: April 16, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer A Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236
                                           trollins@therollinsfirm.com
                                           601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Jessie James Frye                                Case No. 21-50908-KMS
            Cynthia Lynn Frye, Debtors                              CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of June and July 2025.
3. Debtors are in the process of transitioning to new employment, which requires them to relocate from Madison, Alabama to Dallas, Texas. As a result, they will incur relocation expenses and will be temporarily unable to make their monthly plan payments. Debtors will be able to resume making payments beginning in August 2025.
4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

## CERTIFICATE OF SERVICE

  I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

                /s/ Thomas C. Rollins, Jr.
                Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50908-KMS |
|---|---|
| JESSIE JAMES FRYE<br>CYNTHIA LYNN FRYE | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/16/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/16/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSIE JAMES FRYE
CYNTHIA LYNN FRYE

CASE NO: 21-50908-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/16/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/16/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING           (P)JEFFERSON CAPITAL SYSTEMS LLC          LVNV FUNDING LLC
NCRS ADDRESS DOWNLOAD                      PO BOX 7999                               PO BOX 10587
CASE 21-50908-KMS                          SAINT CLOUD MN 56302-7999                 GREENVILLE  SC 29603-0587
SOUTHERN DISTRICT OF MISSISSIPPI
WED APR 16 9-2-18 PST 2025




EXCLUDE
(U)NATIONSTAR MORTGAGE LLC DBA MR          NAVY FEDERAL CREDIT UNION                 RESURGENT RECEIVABLES LLC
COOPER                                     1715 AARON BRENNER DRIVE  SUITE 800       CO RESURGENT CAPITAL SERVICES
                                           MEMPHIS  TN 38120-1445                    PO BOX 10587
                                                                                     GREENVILLE  SC 29603-0587



EXCLUDE
US BANKRUPTCY COURT                        1ST FRANKLIN FINANCIAL                    1ST FRANKLIN FINANCIAL
DAN M RUSSELL  JR US COURTHOUSE            3179 MALLET RD                            421 MEMORIAL BOULEVARD
2012 15TH STREET  SUITE 244                STE 20                                    PICAYUNE  MS 39466-5548
GULFPORT  MS 39501-2036                    DIBERVILLE  MS 39540-9303




1ST FRANKLIN FINANCIAL CORPORATION         AAFES                                     ARMY  AIR FORCE EXCHANGE SERVICES
ATTN ADMINISTRATIVE SERVICES               3911 WALTON WALKER                        ATTENTION GCG
PO BOX 880                                 DALLAS  TX 75236-1598                     3911 S WALTON WALKER BLVD
TOCCOA  GA 30577-0880                                                                DALLAS  TX 75236-1509




BANK OF AMERICA                            BANK OF AMERICA  NA                       CREDIT FIRST NA
PO BOX 982238                              P O BOX 982284                            PO BOX 818011
EL PASO  TX 79998-2238                     EL PASO  TX 79998-2284                    CLEVELAND OHIO 44181-8011




CAPITAL ONE NA                             CASH NET USA                              CASHNETUSA
BY AMERICAN INFOSOURCE AS AGENT            200 WEST JACKSON BLVD                     175 W JACKSON BLVD
CAPITAL ONE BANK USA  NA                   14TH FLOOR                                SUITE 1000
4515 N SANTA FE AVE                        CHICAGO  IL 60606-6929                    CHICAGO  IL 60604-2863
OKLAHOMA CITY  OK 73118-7901




CHASE CARD SERVICES                        CITIBANK NORTH AMERICA                    CREDIT FIRST NATIONAL
PO BOX 15369                               PO BOX 6497                               PO BOX 81315
WILMINGTON  DE 19850-5369                  SIOUX FALLS  SD 57117-6497                CLEVELAND  OH 44181-0315




CREDIT ONE BANK                            DELL FINANCIAL SERVICE                    (P)DELL FINANCIAL SERVICES
PO BOX 98872                               PO BOX 81577                              P O BOX 81577
LAS VEGAS  NV 89193-8872                   AUSTIN  TX 78708-1577                     AUSTIN TX 78708-1577




ERIC C MILLER  ESQ                         GULFCO OF MISSISSIPPI  LLC                HMC GROUP
FOR NATIONSTAR MORTGAGE LLC DBA MR COOP    PO BOX 320001                             29065 CLEMENTS RD
LOGS LEGAL GROUP  LLP                      FLOWOOD  MS 39232-0001                    WESTLAKE  OH 44145-1179
1080 RIVER OAKS DRIVE  SUITE B-202
FLOWOOD  MS 39232-7603
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| EXCLUDE | | EXCLUDE |
|---|---|---|
| ~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ | JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | ~~(D)LVNV FUNDING LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE SC 29603-0587~~ |
| LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MEMORIAL EMERGENCY PHY<br>PO BOX 2080<br>KILMARNOCK VA 22482-2080 |
| MEMORIAL EMERGENCY PHY<br>PO BOX 555<br>BILOXI MS 39533-0555 | MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT MS 39502-1810 | MR COOPER<br>350 HIGHLAND<br>HOUSTON TX 77009-6623 |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 | NAVIENT<br>PO BOX 3229<br>WILMINGTON DE 19804-0229 | NAVY FCU<br>820 FOLLIN LANE<br>VIENNA VA 22180-4907 |
| NAVY FEDERAL CREDIT UN<br>PO BOX 3100<br>MERRIFIELD VA 22119-3100 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | EXCLUDE<br>~~(D)NAVY FEDERAL CREDIT UNION~~<br>~~PO BOX 3000~~<br>~~MERRIFIELD VA 22119-3000~~ |
| NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 | NELNET ON BEHALF OF<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO IL 60604-2863 |
| PAIN TREATMENT CENTER<br>105 ASBURY CIR<br>B<br>HATTIESBURG MS 39402-1397 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| SOUTH MS COLLECTION SE<br>PO BOX 1511<br>PASCAGOULA MS 39568-1511 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 | SYNCHRONY BANK<br>PO BOX 956005<br>ORLANDO FL 32896-0001 |
| SYNCHRONY BANK<br>PO BOX 965015<br>ORLANDO FL 32896-5015 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| TRI STATE ADJUSTMENTS INC<br>PO BOX 3219<br>LA CROSSE  WI 54602-3219 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | US DEPT OF EDUCATION<br>PO BOX 5202<br>GREENVILLE  TX 75403-5202 |
| US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | USAA FSB<br>PO BOX 47504<br>SAN ANTONIO  TX 78263 | ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | CYNTHIA LYNN FRYE<br>116 MILL CREEK CROSSING<br>MADISON  AL 35758-7200 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 |
| DEBTOR<br>JESSIE JAMES FRYE<br>116 MILL CREEK CROSSING<br>MADISON  AL 35758-7200 | ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | ~~EXCLUDE~~<br>~~(P)WARREN A  CUNTZ  T1 JR~~<br>~~PO BOX 3749~~<br>~~GULFPORT MS 39505-3749~~ |