_____



     **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 11, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                                                                                      CHAPTER 13
JESSIE JAMES & CYNTHIA LYNN FRYE                               CASE NO. 21-50908-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**JESSIE JAMES FRYE (SSN # XXX-XX-8173)**

     THE ORDER **(Dkt. 76)** heretofore entered in these proceedings by which the debtor's employer:

                **LEIDOS**
                **3360 Enterprise Avenue**
                **Suite 150**
                **Weston, FL 33331**

was directed to pay Debtor's wages or a portion thereof to:

                **WARREN A. CUNTZ, JR. TRUSTEE**
                **P.O. BOX 3749**
                **GULFPORT MS 39505-3749**
                **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

                                      ##END OF ORDER##