# Proceeding Minutes / Proceeding Memo

**Case #:**  21-50908          **Case Name:**  Jessie James Frye and Cynthia Lynn Frye

**Set:**  01/08/2026 10:00 am   **Chapter:**  13   **Type:**  bk    **Judge**  Katharine M. Samson

**matter**   Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Date of Service: 12/4/2025 Filed by Trustee Warren A. Cuntz T1 Jr.. Response due by 12/29/2025. Note: See Fed. R. Bankr. P. 9006(f). Three additional days may be allowed for qualifying parties. (Dkt. #101)

Response filed by the Debtors (Dkt. #102)

---

Minute Entry Re: (related document(s): [101] Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment filed by Warren A. Cuntz T1) Cuntz to submit an Agreed Order. Order due by 01/22/2026. Email received from Cuntz's office. (mcc)

EXTENDED TO 2/5/26 (CC 1/23/26)