_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **JESSIE JAMES & CYNTHIA LYNN FRYE** | **CASE NO. 21-50908-KMS** |

**ORDER RELEASING EARNINGS OF DEBTOR**
**JESSIE JAMES FRYE (SSN # XXX-XX-8173)**

THE ORDER **(Dkt. 98)** heretofore entered in these proceedings by which the debtor's employer:

> **LEIDOS**
> **3360 Enterprise Avenue**
> **Suite 150**
> **Weston, FL 33331**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**