**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Jessie James Frye                                      Case No. 21-50908-KMS
              Cynthia Lynn Frye, Debtors                                Chapter 13

## DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtors certify under penalty of perjury that the following statements are true and correct:

    A. For cases filed on or after March 10, 2008, we have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that we have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

    B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

    C. We have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

    D. We have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

    E. We have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

    F. If we owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then we have not claimed an exemption for my/our residence in an amount in excess of the statutory

      cap as prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

   G. No proceeding is pending in which we may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which we may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

   H. We have made all payments required by my confirmed Chapter 13 plan.

2. Debtors hereby move the court for the entry of a discharge order in this case.

Signed: **/s/ Jessie James Frye**      **03/04/2026**
Jessie James Frye      Date

**/s/ Cynthia Lynn Frye**      **03/04/2026**
Cynthia Lynn Frye      Date

**/s/ Thomas C. Rollins, Jr.**      **03/05/2026**
Thomas C. Rollins, Jr., MS Bar No. 103469      Date
Attorney for the Debtors
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

    On March 5, 2026, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                        **/s/ Thomas C. Rollins, Jr.**
                        Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

JESSIE JAMES FRYE
CYNTHIA LYNN FRYE

CASE NO: 21-50908-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/5/2026, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>JESSIE JAMES FRYE<br>CYNTHIA LYNN FRYE | CASE NO: 21-50908-KMS<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13 |

On 3/5/2026, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/5/2026

*/s/ Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

```
 LABEL MATRIX FOR LOCAL NOTICING          FLOWERING PEACH BK LLC                   (P)JEFFERSON CAPITAL SYSTEMS LLC
NCRS ADDRESS DOWNLOAD                     PO BOX 1149                              PO BOX 7999
CASE 21-50908-KMS                         GRAPEVINE  TX 76099-1149                 SAINT CLOUD MN 56302-7999
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAR 5 8-20-12 PST 2026


                                          EXCLUDE

LVNV FUNDING LLC                          (U)NATIONSTAR MORTGAGE LLC DBA MR COOPER  NAVY FEDERAL CREDIT UNION
PO BOX 10587                                                                        1715 AARON BRENNER DRIVE  SUITE 800
GREENVILLE  SC 29603-0587                                                           MEMPHIS  TN 38120-1445




                                          EXCLUDE

RESURGENT RECEIVABLES LLC                 US BANKRUPTCY COURT                      1ST FRANKLIN FINANCIAL
CO RESURGENT CAPITAL SERVICES             DAN M RUSSELL  JR US COURTHOUSE          3179 MALLET RD
PO BOX 10587                              2012 15TH STREET  SUITE 244              STE 20
GREENVILLE  SC 29603-0587                 GULFPORT  MS 39501-2036                  DIBERVILLE  MS 39540-9303




1ST FRANKLIN FINANCIAL                    1ST FRANKLIN FINANCIAL CORPORATION       AAFES
421 MEMORIAL BOULEVARD                    ATTN ADMINISTRATIVE SERVICES             3911 WALTON WALKER
PICAYUNE  MS 39466-5548                   PO BOX 880                               DALLAS  TX 75236-1598
                                          TOCCOA  GA 30577-0880




ARMY  AIR FORCE EXCHANGE SERVICES         BANK OF AMERICA                          BANK OF AMERICA  NA
ATTENTION GCG                             PO BOX 982238                            P O BOX 982284
3911 S WALTON WALKER BLVD                 EL PASO  TX 79998-2238                   EL PASO  TX 79998-2284
DALLAS  TX 75236-1509




CREDIT FIRST NA                           CAPITAL ONE NA                           CASH NET USA
PO BOX 818011                             BY AMERICAN INFOSOURCE AS AGENT          200 WEST JACKSON BLVD
CLEVELAND OHIO 44181-8011                 CAPITAL ONE BANK USA  NA                 14TH FLOOR
                                          4515 N SANTA FE AVE                      CHICAGO  IL 60606-6929
                                          OKLAHOMA CITY  OK 73118-7901




CASHNETUSA                                CHASE CARD SERVICES                      CITIBANK NORTH AMERICA
175 W JACKSON BLVD                        PO BOX 15369                             PO BOX 6497
SUITE 1000                                WILMINGTON  DE 19850-5369                SIOUX FALLS  SD 57117-6497
CHICAGO  IL 60604-2863




CREDIT FIRST NATIONAL                     CREDIT ONE BANK                          DELL FINANCIAL SERVICE
PO BOX 81315                              PO BOX 98872                             PO BOX 81577
CLEVELAND  OH 44181-0315                  LAS VEGAS  NV 89193-8872                 AUSTIN  TX 78708-1577




                                                                                   EXCLUDE

(P)DELL FINANCIAL SERVICES                ERIC C MILLER  ESQ                       (D)FLOWERING PEACH BK LLC
P O BOX 81577                             FOR NATIONSTAR MORTGAGE LLC DBA MR COOP  PO BOX 1149
AUSTIN TX 78708-1577                      LOGS LEGAL GROUP  LLP                    GRAPEVINE  TX 76099-1149
                                          1080 RIVER OAKS DRIVE  SUITE B-202
                                          FLOWOOD  MS 39232-7603
```

| | | |
|---|---|---|
| | | ~~EXCLUDE~~ |
| GULFCO OF MISSISSIPPI LLC<br>PO BOX 320001<br>FLOWOOD MS 39232-0001 | HMC GROUP<br>29065 CLEMENTS RD<br>WESTLAKE OH 44145-1179 | ~~(D)(P)JEFFERSON CAPITAL SYSTEMS LLC~~<br>~~PO BOX 7999~~<br>~~SAINT CLOUD MN 56302-7999~~ |
| | ~~EXCLUDE~~ | |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | ~~(D)LVNV FUNDING LLC~~<br>~~PO BOX 10587~~<br>~~GREENVILLE SC 29603-0587~~ | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 |
| MS DEPT OF REVENUE<br>BANKRUPTCY SECTION<br>PO BOX 22808<br>JACKSON MS 39225-2808 | MEMORIAL EMERGENCY PHY<br>PO BOX 2080<br>KILMARNOCK VA 22482-2080 | MEMORIAL EMERGENCY PHY<br>PO BOX 555<br>BILOXI MS 39533-0555 |
| MEMORIAL HOSPITAL<br>PO BOX 1810<br>GULFPORT MS 39502-1810 | MR COOPER<br>350 HIGHLAND<br>HOUSTON TX 77009-6623 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>PO BOX 619096<br>DALLAS TX 75261-9096 |
| NAVIENT<br>PO BOX 3229<br>WILMINGTON DE 19804-0229 | NAVY FCU<br>820 FOLLIN LANE<br>VIENNA VA 22180-4907 | NAVY FEDERAL CREDIT UN<br>PO BOX 3100<br>MERRIFIELD VA 22119-3100 |
| | ~~EXCLUDE~~ | |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD VA 22119-3000 | ~~(D)NAVY FEDERAL CREDIT UNION~~<br>~~PO BOX 3000~~<br>~~MERRIFIELD VA 22119-3000~~ | NELNET<br>PO BOX 82561<br>LINCOLN NE 68501-2561 |
| NELNET ON BEHALF OF<br>ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO IL 60604-2863 | PAIN TREATMENT CENTER<br>105 ASBURY CIR<br>B<br>HATTIESBURG MS 39402-1397 |
| (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | RESURGENT RECEIVABLES LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE SC 29603-0587 | SOUTH MS COLLECTION SE<br>PO BOX 1511<br>PASCAGOULA MS 39568-1511 |
| SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA GA 30348-5972 | SYNCHRONY BANK<br>PO BOX 956005<br>ORLANDO FL 32896-0001 | SYNCHRONY BANK<br>PO BOX 965015<br>ORLANDO FL 32896-5015 |

| | | |
|---|---|---|
| SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT   LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TRI STATE ADJUSTMENTS  INC<br>PO BOX 3219<br>LA CROSSE  WI 54602-3219 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | US DEPT OF EDUCATION<br>PO BOX 5202<br>GREENVILLE  TX 75403-5202 | US DEPT OF EDUCATION<br>CO US ATTORNEY<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| USAA FSB<br>PO BOX 47504<br>SAN ANTONIO  TX 78263 | EXCLUDE<br><br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE C-430~~<br>~~JACKSON  MS 39201-5022~~ | VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 |
| CYNTHIA LYNN FRYE<br>1105 OLD KNOLL DR<br>WYLIE  TX 75098-5244 | JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 | DEBTOR<br>JESSIE JAMES FRYE<br>1105 OLD KNOLL DR<br>WYLIE  TX 75098-5244 |
| THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 | (P)WARREN A  CUNTZ  T1 JR<br>PO BOX 3749<br>GULFPORT MS 39505-3749 | |