United States Bankruptcy Court

Southern District of Mississippi

In re:

Jessie James Frye

Cynthia Lynn Frye

    Debtors

Case No. 21-50908-KMS

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6

Date Rcvd: Mar 31, 2026

User: mssbad

Form ID: 3180W

Page 1 of 4

Total Noticed: 56

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jessie James Frye, Cynthia Lynn Frye, 1105 Old Knoll Dr, Wylie, TX 75098-5244 |
| 5025987 | + | 1st Franklin Financial, 3179 Mallet Rd, Ste 20, Diberville, MS 39540-9303 |
| 5028615 | + | Eric C Miller, Esq., for Nationstar Mortgage LLC dba Mr. Coop, LOGS Legal Group, LLP, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 5025998 | + | Memorial Emergency Phy, P.O. Box 2080, Kilmarnock, VA 22482-2080 |
| 5025999 | + | Memorial Emergency Phy, P.O. Box 555, Biloxi, MS 39533-0555 |
| 5026000 | + | Memorial Hospital, PO Box 1810, Gulfport, MS 39502-1810 |
| 5027376 | | Nelnet on behalf of, Ascendium Education Solutions, Inc., PO Box 8961, Madison WI 53708-8961 |
| 5026008 | + | Pain Treatment Center, 105 Asbury Cir, #B, Hattiesburg, MS 39402-1397 |
| 5026009 | | South MS Collection Se, PO Box 1511, Pascagoula, MS 39568-1511 |
| 5026015 | | US Dept of Education, PO Box 5202, Greenville, TX 75403-5202 |
| 5026017 | | USAA FSB, PO Box 47504, San Antonio, TX 78263 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bncnoticing@evanspetree.com | Mar 31 2026 19:37:00 | Navy Federal Credit Union, 1715 Aaron Brenner Drive, Suite 800, Memphis, TN 38120-1445 |
| cr | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 19:35:58 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, UNITED STATES 29603-0587 |
| 5025988 | + | Email/Text: bankruptcy@1ffc.com | Mar 31 2026 19:37:00 | 1st Franklin Financial, 421 Memorial Boulevard, Picayune, MS 39466-5548 |
| 5029295 | + | Email/Text: bankruptcy@1ffc.com | Mar 31 2026 19:37:00 | 1st Franklin Financial Corporation, Attn: Administrative Services, PO Box 880, Toccoa, GA 30577-0880 |
| 5025989 | + | EDI: AAFES | Mar 31 2026 23:30:00 | AAFES, 3911 Walton Walker, Dallas, TX 75236-1598 |
| 5033088 | + | EDI: AAFES | Mar 31 2026 23:30:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 5025990 | + | EDI: BANKAMER | Mar 31 2026 23:30:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5046162 | + | EDI: BANKAMER2 | Mar 31 2026 23:30:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5026761 | | EDI: CRFRSTNA.COM | Mar 31 2026 23:30:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND,OHIO 44181-8011 |
| 5031299 | + | EDI: AIS.COM | | |

District/off: 0538-6                     User: mssbad                                    Page 2 of 4
Date Rcvd: Mar 31, 2026                  Form ID: 3180W                                  Total Noticed: 56

| | | | |
|---|---|---|---|
| | | Mar 31 2026 23:30:00 | Capital One N.A., by American InfoSource as agent, Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5025991 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | |
| | | Mar 31 2026 19:37:00 | Cash Net USA, 200 West Jackson Blvd, 14th Floor, Chicago, IL 60606-6929 |
| 5029141 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | |
| | | Mar 31 2026 19:37:00 | CashNetUSA, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5025992 | + | EDI: JPMORGANCHASE | |
| | | Mar 31 2026 23:30:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 5025993 | + | EDI: CITICORP | |
| | | Mar 31 2026 23:30:00 | Citibank North America, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5025994 | | EDI: CRFRSTNA.COM | |
| | | Mar 31 2026 23:30:00 | Credit First National, PO Box 81315, Cleveland, OH 44181-0315 |
| 5025995 | + | Email/PDF: creditonebknotifications@resurgent.com | |
| | | Mar 31 2026 19:35:48 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 5028191 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 31 2026 19:35:48 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 5025996 | + | Email/PDF: DellBKNotifications@resurgent.com | |
| | | Mar 31 2026 19:35:53 | Dell Financial Service, PO Box 81577, Austin, TX 78708-1577 |
| 5547293 | + | Email/Text: peritus@ebn.phinsolutions.com | |
| | | Mar 31 2026 19:37:00 | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| 5051842 | + | Email/Text: bankruptcy@towerloan.com | |
| | | Mar 31 2026 19:37:00 | Gulfco of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5025997 | + | Email/Text: hmcgrp@aol.com | |
| | | Mar 31 2026 19:37:00 | Hmc Group, 29065 Clements Rd, Westlake, OH 44145-1179 |
| 5428794 | | EDI: JEFFERSONCAP.COM | |
| | | Mar 31 2026 23:30:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 5040932 | + | Email/Text: RASEBN@raslg.com | |
| | | Mar 31 2026 19:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5234083 | + | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 31 2026 19:35:48 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5047167 | | Email/PDF: resurgentbknotifications@resurgent.com | |
| | | Mar 31 2026 19:35:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5026002 | | EDI: MSDOR | |
| | | Mar 31 2026 23:30:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5026001 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Mar 31 2026 19:37:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 5043823 | + | Email/Text: nsm_bk_notices@mrcooper.com | |
| | | Mar 31 2026 19:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 5026003 | ^ | MEBN | |
| | | Mar 31 2026 19:31:16 | Navient, Po Box 3229, Wilmington, DE 19804-0229 |
| 5026004 | + | EDI: NFCU.COM | |
| | | Mar 31 2026 23:30:00 | Navy FCU, 820 Follin Lane, Vienna, VA 22180-4907 |
| 5026005 | + | EDI: NFCU.COM | |
| | | Mar 31 2026 23:30:00 | Navy Federal Credit Un, P.O. Box 3100, Merrifield, VA 22119-3100 |
| 5026890 | + | EDI: NFCU.COM | |
| | | Mar 31 2026 23:30:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 5026006 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | |
| | | Mar 31 2026 19:37:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5026007 | + | Email/Text: netcreditbnc@enova.com | |

District/off: 0538-6 User: mssbad Page 3 of 4

Date Rcvd: Mar 31, 2026 Form ID: 3180W Total Noticed: 56

| Recip ID | Bypass Reason | Notice Time | Name and Address |
|---|---|---|---|
| | | Mar 31 2026 19:37:11 | NetCredit, 175 W Jackson Blvd, Suite 1000, Chicago, IL 60604-2863 |
| 5046952 | EDI: PRA.COM | Mar 31 2026 23:30:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 5285055 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 31 2026 19:35:54 | Resurgent Receivables LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5026010 | + EDI: SYNC | Mar 31 2026 23:30:00 | Synchrony Bank, Po Box 956005, Orlando, FL 32896-0001 |
| 5049371 | + EDI: PRA.COM | Mar 31 2026 23:30:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 5026011 | + EDI: SYNC | Mar 31 2026 23:30:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5026012 | + EDI: SYNC | Mar 31 2026 23:30:00 | Synchrony Bank, Po Box 965015, Orlando, FL 32896-5015 |
| 5026013 | Email/Text: bankruptcy@towerloan.com | Mar 31 2026 19:37:00 | Tower Loan, Pob 320001, Flowood, MS 39232 |
| 5043084 | + Email/Text: rhonda@wecollectmore.com | Mar 31 2026 19:37:00 | Tri State Adjustments, Inc., PO Box 3219, La Crosse, WI 54602-3219 |
| 5026014 | ^ MEBN | Mar 31 2026 19:31:13 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5026016 | + Email/Text: ebone.woods@usdoj.gov | Mar 31 2026 19:37:00 | US Dept of Education, c/o U.S. Attorney, 501 E. Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5047445 | + EDI: AIS.COM | Mar 31 2026 23:30:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Flowering Peach BK LLC, PO Box 1149, Grapevine, Tx 76099-1149 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 5026896 | *+ | Navy Federal Credit Union, P.O. BOX 3000, MERRIFIELD, VA 22119-3000 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 02, 2026 Signature: _/s/Gustava Winters_____

District/off: 0538-6            User: mssbad            Page 4 of 4

Date Rcvd: Mar 31, 2026            Form ID: 3180W            Total Noticed: 56

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Eric C Miller | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper logsecf@logs.com |
| Jacob C Zweig | on behalf of Creditor Navy Federal Credit Union jzweig@evanspetree.com mstevens@evanspetree.com |
| Jennifer A Curry Calvillo | on behalf of Joint Debtor Cynthia Lynn Frye jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Jessie James Frye jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Jessie James Frye trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Cynthia Lynn Frye trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 8

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jessie James Frye** | Social Security number or ITIN | **xxx–xx–8173** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |
| Debtor 2 (Spouse, if filing) | **Cynthia Lynn Frye** | Social Security number or ITIN | **xxx–xx–6394** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ | |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number:  **21–50908–KMS**

# Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Jessie James Frye**                                   **Cynthia Lynn Frye**

Dated: <u>3/31/26</u>

**By the court:**        <u>/s/Katharine M. Samson</u>
                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

## Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**